UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 2:14-04098-ODW-MRW | Date | October 20, 2016 |
|---|---|---|---|
| Title | A. Harrison Barnes v. Crown Jewels, LLC et al. | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:** **In Chambers**

The Court hereby **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than **December 1, 2016**, why this case should not be dismissed for lack of prosecution following the denial of Plaintiff's Application for Writ of Attachment (ECF No. 80.).

Failure to timely respond to this Order will result in dismissal of the case.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |